```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  LAUREN D. CUSICK, Bar #257570
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    EARL ANDERSON
 7

 8

 9                IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,     ) No. 2:09-MJ-295-KJM
                                  )
13             Plaintiff,         ) STIPULATION AND ORDER TO CONTINUE
                                  ) COURT TRIAL
14       v.                       )
                                  ) Date: December 1, 2009
15  EARL ANDERSON,                ) Time: 10:00 a.m.
                                  ) Judge: Hon. Kimberly J. Mueller
16             Defendant.         )
                                  )
17  _____ )

18

19       It is hereby stipulated between the parties, Matthew Stegman,

20  Assistant United States Attorney, attorney for plaintiff, and Lauren D.

21  Cusick, Assistant Federal Defender, attorney for defendant, EARL

22  ANDERSON, that the court trial set for December 1, 2009, at 10:00 a.m.

23  be reset to a court trial on February 22, 2010 at 10:00 a.m.

24  //

25  //

26  //

27  //

28  //
```

1 This continuance is requested as negotiations are continuing
2 between the parties and additional time is needed for investigation.

4 Dated: November 30, 2009                Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

                                          /s/ Lauren D. Cusick
                                          LAUREN D. CUSICK
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          EARL ANDERSON

Dated: November 30, 2009                  BENJAMIN WAGNER
                                          United States Attorney

                                          /s/ Matthew Stegman
                                          MATTHEW STEGMAN
                                          Assistant U.S. Attorney

**O R D E R**

     IT IS SO ORDERED.

Dated: November 30, 2009.

                                          _____
                                          U.S. MAGISTRATE JUDGE

Stip and Order                            2